UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE EXXON MOBIL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | Lead Case No. 3:19-cv-01067-K<br><br>(Consolidated with Nos. 3:19-cv-1068-K, 3:19-cv-2267-K, 3:20-cv-1280-K, 3:20-cv-2302-K, and 3:20-cv-2995-K)<br><br>(Consolidated Derivative Action) |
| GEORGE ASSAD, Derivatively on Behalf of Exxon Mobil Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DARREN W. WOODS, ANDREW P. SWIGER, DAVID S. ROSENTHAL, JEFFREY J. WOODBURY, STEVEN S. REINEMUND, MICHAEL J. BOSKIN, SAMUEL J. PALMISANO, KENNETH C. FRAZIER, URSULA M. BURNS, HENRIETTA H. FORE, WILLIAM C. WELDON, REX W. TILLERSON, WILLIAM W. GEORGE, LARRY R. FAULKNER, DOUGLAS R. OBERHELMAN, and PETER BRABECK-LETMATHE,<br><br>Defendants,<br><br>    -and-<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>Nominal Defendant. | Case No. 3:21-cv-00430-K |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF SAMUEL MONTINI'S
<u>MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42</u>**

Having considered Lead Plaintiff Samuel Montini's Motion to Consolidate Pursuant to Fed. R. Civ. P. 42 and Brief in Support (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED

2. The *Assad Derivative Action* is consolidated with the *Consolidated Derivative Action*, under the leadership of Lead Plaintiff Montini, Lead Counsel Johnson Fistel, LLP, and Local Counsel Ron Wells.

Dated: _____

THE HONORABLE ED KINKEADE
UNITED STATES DISTRICT COURT JUDGE