IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH VON COLDITZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-1067-K |
| | § | |
| DARREN W. WOODS, et al., | § | |
| | § | |
| Defendants. | § | |
| GEORGE ASSAD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.3:21-CV-0430-K |
| | § | |
| DARREN W. WOODS., et al., | § | |
| | § | |
| Defendants, | § | |

## ORDER OF CONSOLIDATION

Before the Court is Lead Plaintiff's Unopposed Motion to Consolidate Pursuant to Fed. R. Civ. P. 42, filed on March 12, 2021. The Motion **is GRANTED** and the Court **ORDERS** that Case No. 3:19-CV-1067-K and 3:21-CV-0430-K, are hereby **CONSOLIDATED.** All future filings shall be filed in 3:19-CV-1067-K.

**SO ORDERED.**

Signed March 12th, 2021.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE