# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE EXXON MOBIL CORPORATION DERIVATIVE LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>)<br>)<br>ALL ACTIONS )<br>)<br>)<br>)<br>)<br>) | Lead Case No. 3:19-cv-01067-K<br><br>(Consolidated with Nos. 3:19-cv-1068-K, 3:19-cv-2267-K, 3:20-cv-1280-K, 3:20-cv-2302-K, 3:20-cv-2995-K, and 3:21-cv-0430-K)<br><br><br>(Consolidated Derivative Action)<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to the local rules, please take notice that Johnson Fistel, LLP and the undersigned counsel have moved to the following address:

501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063

The telephone number and email addresses remain the same.  Please amend your records and counsel of record copy list accordingly, and send all future pleadings, memoranda, correspondence, orders, etc. to the above-referenced address.

- 1 -

Respectfully submitted,

Dated: January 5, 2024                **RON WELLS LAW OFFICE**

*/s/ Ron Wells*
RON WELLS
State Bar No. 21140950
150 S. Capitol St.
Canton, Texas 75103
Telephone: (214) 720-0300
Facsimile: (903) 567-2510
Ron@ronwellslaw.com

*Local Counsel for the Consolidated Derivative Action*

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON
BRETT M. MIDDLETON
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
FrankJ@johnsonfistel.com
BrettM@johnsonfistel.com

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.
WILLIAM W. STONE
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com
WilliamS@johsnonfistel.com

*Lead Counsel for the Consolidated Derivative Action*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 5, 2024.

Dated: January 5, 2024              */s/ Ron Wells*
                                                       RON WELLS